# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2011

142897

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RANDALL ARNAZZ DURR,
      Defendant-Appellant.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142897
COA: 301390
Wayne CC: 06-000099

      On order of the Court, the application for leave to appeal the February 10, 2011 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Vaughn* (Docket No. 142627) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2011

_____
Clerk

h1012